**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6435**

QUIRIN WEATHERSPOON, a fictional corporational identity,

Petitioner - Appellant,

v.

COMMONWEALTH OF VIRGINIA, INCORPORATED; CORPUS COM CAUSA, a body with this case,

Respondents - Appellees.

Appeal from the United States District Court for the District of Virginia, at Alexandria. Claude M. Hilton, Senior District Judge.  (1:19-cv-01077-CMH-IDD)

Submitted:  August 30, 2021                     Decided:  September 3, 2021

Before GREGORY, Chief Judge, DIAZ, Circuit Judge, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Quirin Weatherspoon, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Quirin Weatherspoon appeals the district court's order dismissing his complaint without prejudice.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Weatherspoon v. Virginia*, No. 1:19-cv-01077-CMH-IDD (E.D. Va. Mar. 19, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Although the district court dismissed the complaint without prejudice, we conclude that the order is final and appealable. *See Bing v. Brivo Sys., LLC*, 959 F.3d 605, 610-12 (4th Cir. 2020) (discussing factors this court considers in determining whether order is final and appealable), *cert. denied*, 141 S. Ct. 1376 (2021).